IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID W. HALL, SR., #275-106        *
      Plaintiff,
                                        *
   v.                                     CIVIL ACTION NO. WMN-06-1912
                                        *
VIRGINIA,
      Defendant                       *

******

**MEMORANDUM**

On July 25, 2006, Plaintiff, a Maryland inmate currently confined at the Keen Mountain Correctional Center in Oakwood, Virginia, filed correspondence which has been construed as a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges numerous problems with the administration of the correctional facility, focusing most of his attention on the commissary system and the amount of money charged for items. Paper No. 1. Assuming, *arguendo,* that there is federal subject matter jurisdiction over the claims presented herein, the Court finds that venue is appropriate in the United States District Court for the Western District of Virginia..[1]

Under 28 U.S.C. § 1391(b), a civil action that is not founded solely on diversity of citizenship may be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred....., or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. It appears that the actions about which Plaintiff complains occurred in Virginia and that any Defendants involved in such actions reside there. Accordingly, venue is not proper in this court. Rather than transferring this case pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the Western District

---

[1] In so ruling, this court will not preliminarily scrutinize the merits of Plaintiff's Complaint.

of Virginia,[2] the matter shall be dismissed without prejudice and the Clerk shall be directed to provide Plaintiff the appropriate forms for fling a civil rights action to assist Plaintiff in pursuing his claim in the appropriate jurisdiction.

|  |  |
|---|---|
| /s/ |  |
| 8/14/06 |  |
| Date | William M. Nickerson |
|  | United States District Judge |

        8/14/06

Date

/s/

William M. Nickerson
United States District Judge

---

[2] The address of the Court is United States District Court for the Western District of Virginia, Abingdon Division, 180 W. Main Street, Room 104, Abingdon, VA 24210.